IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| KAMONTE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13cv733 (JCC/JFA) |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff Kamonte Davis filed this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision denying his application for supplemental social security income.  The Court referred this matter to United States Magistrate Judge John F. Anderson, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation.

Judge Anderson filed his Report and Recommendation on December 30, 2013, recommending that the Commissioner's decision be upheld.  By copy of the report, each party was advised of the right to file written objections.  The Court has received no objections and the time for filing same has expired.

Accordingly, having reviewed the pleadings in this case along with the Report and Recommendation, it is hereby ORDERED:

(1) Judge Anderson's Report and Recommendation [Dkt. 18] is ADOPTED;

(2) Plaintiff's Motion for Summary Judgment [Dkt. 13] is DENIED;

(3) Commissioner's Cross-Motion for Summary Judgment [Dkt. 15] is GRANTED;

(4) The Commissioner's final decision is AFFIRMED;

(1) Plaintiff may appeal this decision by filing a written notice of appeal within sixty (60) days from the entry of this Order; and

(5) The Clerk of the Court shall forward copies of this Order to all counsel of record.

```
                                    /s/
January 28, 2014              James C. Cacheris
Alexandria, Virginia      UNITED STATES DISTRICT COURT JUDGE
```